## Notice to District Court of Related Criminal Duty Filing

Number of current Criminal Duty Filing: CR Misc. No. **19CM00322**

Title(s) of document(s) making up current criminal duty filing: <u>STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT; PROPOSED ORDER</u>

The United States of America hereby informs the Court that the above-referenced criminal duty filing (*check all that apply and provide appropriate information*):

a) ☐ does not relate to any previously filed criminal duty matters;

b) ☑ relates to the following criminal duty matter(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related criminal duty matters*):

    CR Misc. No 19-00306, the Hon. John F. Walter

    CR Misc. No 19-00311, the Hon. John F. Walter

c) ☑ relates to the following indictment(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related pending indictments*):

    CR No. 19-00171-DMG, the Hon. Dolly M. Gee

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above. Explain:

Respectfully submitted,

DATED: August 22, 2019

/s/ *Michael R. Sew Hoy*
MICHAEL R. SEW HOY
Assistant United States Attorney

---

This notice must be submitted with every criminal duty filing. Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.