LODGED

2019 AUG 27 PM 12: 38

CLERK U.S. DISTRICT...
CENTRAL DIST. OF CA...
LOS ANGELES

BY:_____

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHAEL R. SEW HOY (CA Bar No. 243391)
Assistant United States Attorney
Asset Forfeiture Section
  312 North Spring Street, 14th Floor
  Los Angeles, California 90012
  Telephone: (213) 894-3314
  Facsimile: (213) 894-0142
  E-mail: Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $150,100.00 IN U.S. CURRENCY, $5,809.00 IN U.S. CURRENCY, and 7.29361091 BITCOIN. | No. 19-CM-00322-JFW<br><br>AMENDED STIPULATION AND REQUEST TO EXTEND THE DEADLINES TO FILE CIVIL FORFEITURE COMPLAINT<br><br>[PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |

    It is hereby stipulated[1] by and between the United States of America (the

---

[1] On August 22, 2019, the parties previously filed a Stipulation and [Proposed] Order to request an extension of the deadline to file a civil forfeiture complaint. (*see, In Re Seizure of $150,100.00 in U.S. Currency, et al.*; CR Misc. 19-00322). The parties are now filing two amended stipulations in order to clarify that the defendant assets were seized by two agencies: the United States Postal Inspection Service and Homeland Security Investigations. By these instant stipulations, the parties request that the court enter the related proposed orders.

"government") and potential claimant James Kueker ("Claimant") through his counsel, Reuven L. Cohen, as follows:

1. Claimant filed a written claim in administrative forfeiture proceedings commenced by the United States Postal Inspection Service ("USPIS") with respect to the $150,100.00 in U.S. currency ("defendant $150,100.00"), the $5,809.00 in U.S. currency ("defendant $5,809.00"), and the 7.29361091 Bitcoin ("defendant 7.29361091 Bitcoin") (collectively referred to as the "seized assets").

2. The government asserts that USPIS has sent the written notice on intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. Under 18 U.S.C. § 983(a)(2)(A)–(E), the time has either expired or been tolled for any person to file a claim to the seized assets.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized assets alleging that the seized assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is:

    a. August 26, 2019 for defendant $150,100.00;

    b. September 1, 2019 for defendant $5,809.00; and

    c. September 2, 2019 for defendant 7.29361091 Bitcoin;

but the statue provides for an extension of this date by court order or upon agreement of the parties.

4. Claimant does not desire that the government initiate a civil forfeiture action against the seized assets at this time, because the parties desire additional time to discuss resolution of the matter.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the time in which the United States is required to file a complaint for forfeiture or indictment against the seized assets, in order to provide the parties an opportunity to discuss settlement.

6. The parties request and agree that the deadlines by which the United States shall be required to file a complaint for forfeiture against the seized assets and/or obtain and indictment alleging that the seized assets are subject to forfeiture be extended to December 24, 2019.

7. Claimant knowingly, intelligently, and voluntarily gives up any right he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the seized assets alleging that:

    a. defendant $150,100.00 is subject to forfeiture by August 26, 2019;

    b. defendant $5,809.00 is subject to forfeiture by September 1, 2019; and;

    c. defendant 7.29361091 Bitcoin is subject to forfeiture by September 2, 2019,

and any right he may have to seek dismissal of any complaint on the grounds that it was not filed or returned on or before such date.

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby **STIPULATE AND REQUEST** that the government's time to file a civil forfeiture complaint in connection with the seizure of defendant $150,100.00, defendant $5,809.00, and defendant 7.29361091 be extended to and include Tuesday, December 24, 2019.

**SO STIPULATED**

Dated: August 27, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ *Michael R. Sew Hoy*
MICHAEL R. SEW HOY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 27, 2019

  /s/ *(per e-mail confirmation)*
REUVEN L. COHEN
ALYSSA BELL
Attorneys for Claimant
JAMES KUEKER

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On <u>August 27, 2019</u>, I served an <u>AMENDED STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:** Reuven L. Cohen, Esq.
Alyssa Bell, Esq.
Cohen Williams LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014

<u>X</u> I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>August 27, 2019</u>, at Los Angeles, California.

Deena R. Bowman